AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION

VALDESE WEAVERS, INC.,

    Plaintiff,

**SUMMONS IN A CIVIL CASE**

V.

CASE NUMBER:

AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, KATHY HUANG AND DAVID PETRUSCH,

**1:03CV00409**

    Defendants.

TO: (Name and address of defendant)

1) AMERICAN CENTURY HOME FABRICS, INC.
1303 Corporation Drive
High Point, North Carolina 27263

2) JST AMERICA, INC.
1303 Corporation Drive
High Point, North Carolina 27263

3) HUA JIANG
1303 Corporation Drive
High Point, North Carolina 27263

4) KATHY HUANG
1303 Corporation Drive
High Point, North Carolina 27263

5) DAVID PETRUSCH
1303 Corporation Drive
High Point, North Carolina 27263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Johnson, Esq.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

an answer to the complaint which is herewith served upon you, within _____ 20 _____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. P. Creekmore

MAY 13 2003

CLERK

DATE

(BY) DEPUTY CLERK

# United States District Court

**FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION**

VALDESE WEAVERS, INC.,

    Plaintiff,

**V.**

AMERICAN CENTURY HOME FABRICS, INC.,
JST AMERICA, INC., HUA JIANG, KATHY
HUANG AND DAVID PETRUSCH,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:03CV00409**

TO: (Name and address of defendant)

1) AMERICAN CENTURY HOME FABRICS, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

2) JST AMERICA, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

3) HUA JIANG
   1303 Corporation Drive
   High Point, North Carolina 27263

4) KATHY HUANG
   1303 Corporation Drive
   High Point, North Carolina 27263

5) DAVID PETRUSCH
   1303 Corporation Drive
   High Point, North Carolina 27263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Johnson, Esq.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. P. Creekmore             MAY 13 2003
CLERK                                                         DATE

(BY) DEPUTY CLERK

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION

VALDESE WEAVERS, INC.,

        Plaintiff,

V.

AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, KATHY HUANG AND DAVID PETRUSCH,

        Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:03CV00409**

TO: (Name and address of defendant)

1) AMERICAN CENTURY HOME FABRICS, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

2) JST AMERICA, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

3) HUA JIANG
   1303 Corporation Drive
   High Point, North Carolina 27263

4) KATHY HUANG
   1303 Corporation Drive
   High Point, North Carolina 27263

5) DAVID PETRUSCH
   1303 Corporation Drive
   High Point, North Carolina 27263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Johnson, Esq.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. P. Creekmore          MAY 13 2003

CLERK          DATE

(BY) DEPUTY CLERK

# United States District Court

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION

VALDESE WEAVERS, INC.,

    Plaintiff,

V.

AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, KATHY HUANG AND DAVID PETRUSCH,

    Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:03CV00409

TO: (Name and address of defendant)

1) AMERICAN CENTURY HOME FABRICS, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

2) JST AMERICA, INC.
   1303 Corporation Drive
   High Point, North Carolina 27263

3) HUA JIANG
   1303 Corporation Drive
   High Point, North Carolina 27263

4) KATHY HUANG
   1303 Corporation Drive
   High Point, North Carolina 27263

5) DAVID PETRUSCH
   1303 Corporation Drive
   High Point, North Carolina 27263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Johnson, Esq.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. P. Creekmore

CLERK

(BY) DEPUTY CLERK

DATE

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

# United States District Court

FOR THE MIDDLE DISTRICT OF NORTH CAROLINA, GREENSBORO DIVISION

VALDESE WEAVERS, INC.,

Plaintiff,

V.

AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, KATHY HUANG AND DAVID PETRUSCH,

Defendants.

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: **1:03CV00409**

TO: (Name and address of defendant)

1) AMERICAN CENTURY HOME FABRICS, INC.
1303 Corporation Drive
High Point, North Carolina 27263

2) JST AMERICA, INC.
1303 Corporation Drive
High Point, North Carolina 27263

3) HUA JIANG
1303 Corporation Drive
High Point, North Carolina 27263

4) KATHY HUANG
1303 Corporation Drive
High Point, North Carolina 27263

5) DAVID PETRUSCH
1303 Corporation Drive
High Point, North Carolina 27263

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Charles E. Johnson, Esq.
ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, North Carolina 28246-1900

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

J. P. Creekmore

CLERK

MAY 1 3 2003

DATE

_____
(BY) DEPUTY CLERK