IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
Civil Action No: 1:03CV00409

| | |
|---|---|
| VALDESE WEAVERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, KATHY HUANG and DAVID PETRUSCH <br><br> Defendants. | AFFIDAVIT OF SERVICE |

Charles E. Johnson, being first duly sworn, deposes and says:

1. I am an attorney for the Plaintiff in this action.

2. A copy of the Summons and Complaint in this action was deposited in the Post Office for mailing to each Defendant by certified mail, return receipt requested, in accordance with Rules 4(j)(6)(c) and 4(j)(1)(c) of the North Carolina Rules of Civil Procedure, on May 27, 2003.

3. Federal Rules of Civil Procedure 4(e)(1) and 4(h)(1) permit service pursuant to the law of the state in which the district court is located, in this case, North Carolina.

4. Defendant American Century Home Fabrics, Inc. received the Summons and Complaint on June 2, 2003, as evidenced by the attached certified receipt, which is attached hereto as **Exhibit A**. The Summons and Complaint were thereby served on Defendant American Century Home Fabrics, Inc. pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure.

5. Defendant JST America, Inc. received the Summons and Complaint on June 2, 2003, as evidenced by the attached certified receipt, which is attached hereto as **Exhibit B**. The Summons and Complaint were thereby served on Defendant JST America, Inc. pursuant to Rule 4(h)(1) of the Federal Rules of Civil Procedure.

6. Defendant Hua Jiang received the Summons and Complaint on June 2, 2003, as evidenced by the attached certified receipt, which is attached hereto as **Exhibit C**. The Summons and Complaint were thereby served on Defendant Hua Jiang, pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure.

7. Defendant Kathy Huang received the Summons and Complaint on June 2, 2003, as evidenced by the attached certified receipt, which is attached hereto as **Exhibit D**. The Summons and Complaint were thereby served on Defendant Kathy Huang pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure.

8. Defendant David Petrusch received the Summons and Complaint on June 2, 2003, as evidenced by the attached certified receipt, which is attached hereto as **Exhibit E**. The Summons and Complaint were thereby served on Defendant David Petrusch pursuant to Rule 4(e)(1) of the Federal Rules of Civil Procedure.

9. This Affidavit is made in accordance with Rule 4(j2)(2) of the North Carolina Rules of Civil Procedure and Rule 4(e) of the Federal Rules of Civil Procedure.

_____
Charles E. Johnson

Sworn to and subscribed
before me, this 26th day of
June, 2003.

_____
Notary Public

My commission expires:

_____
(Official Seal)

3

ATTACHMENT/EXHIBIT __A__



ATTACHMENT/EXHIBIT __B__



ATTACHMENT/EXHIBIT __C_____



7160 ▊▊▊▊ ▊▊▊2 ▊▊▊▊ 5583

A. Received by (Please Print Clearly)  B. Date of Delivery

C. Signature
☐ Agent
☐ Addressee

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

Charles E. Johnson
17247-00011

PS Form 3811, April 2002  Domestic Return Receipt

ATTACHMENT/EXHIBIT __D__



ATTACHMENT/EXHIBIT ___E___



## CERTIFICATE OF SERVICE

I hereby certify that the foregoing AFFIDAVIT OF SERVICE has been served upon each of the parties to this action by depositing same in the United States mail, postage prepaid, in an envelope(s) addressed as follows:

>Mr. Michael A. Albert
>Wolf Greenfield & Sacks, P.C.
>600 Atlantic Avenue
>Boston, MA 02210-2206

This 26 day of June, 2003.

_Charles E. Johnson_
Charles E. Johnson

C-827095v01_ 17247.00011