11.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
GREENSBORO DIVISION
NO. 1:03CV00409



| | |
|---|---|
| VALDESE WEAVERS, INC., <br><br> Plaintiff, <br><br> v. <br><br> AMERICAN CENTURY HOME FABRICS, INC., JST AMERICA, INC., HUA JIANG, and KATHY HUANG, <br><br> Defendants. | JOINT MOTION TO EXTEND DEADLINE FOR MEDIATION |

Plaintiff Valdese Weavers, Inc. and Defendants American Century Home Fabrics, Inc., JST America, Inc., Hua Jiang and Kathy Huang jointly move the Court to extend by 60 days the deadline for completing mediation. In support of this motion, the parties show the Court:

1. In the Joint Rule 26(f) Report, approved by the Court on December 22, 2003, the parties agreed that "Mediation should be completed by March 31, 2004, the exact date to be set by the mediator after consultation with the parties."

2. At the parties' request, the Court appointed William A. Blancato as mediator by order of February 4, 2004.

3. The parties have attempted to select a mutually suitable date for mediation, but have not yet found a mediation date on which all parties and the mediator are available. The parties expect to find a date and complete the mediation within 60 days, on or before June 1, 2004.

4. This case is set for trial in the term beginning January 3, 2005. Accordingly, extending the mediation date until June 1, 2004 will not delay or affect the trial date.

WHEREFORE, the parties respectfully pray the Court to extend by 60 days, up to and including June 1, 2004, the date by which the parties may complete mediation in this case.

This 31st day of March, 2004.

Charles E. Johnson (with permission)
Charles E. Johnson
N.C. Bar No. 9890
Angelique R. Vincent
N.C. Bar No. 29647

ROBINSON, BRADSHAW & HINSON, P.A.
101 North Tryon Street, Suite 1900
Charlotte, NC 28246-1900
(704) 377-2536 – Telephone
(704) 378-4000 - Fax

Attorneys for Plaintiff
Valdese Weavers, Inc.

R. Thompson Wright
R. Thompson Wright
N.C. Bar No. 6933

HILL, EVANS, DUNCAN, JORDAN
 & BEATTY, LLC
Post Office Box 989
Greensboro, NC 27402
(336) 379-1390 – Telephone
(336) 379-1198 – Fax

Attorney for Defendants
American Century Home Fabrics, Inc.,
JST America Inc., Hua Jiang and
Kathy Huang

2

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Joint Motion to Extend Deadline for Mediation and proposed order has been served upon each of the parties to this action by depositing same in the United States mail, postage prepaid, in an envelope(s) addressed as follows:

>William A. Blancato
>Blancato Doughton & Hart PLLC
>633 West Fourth Street, Suite 150
>Winston-Salem, NC 27101

This 31st day of March, 2004.

R. Thompson Wright
N.C. State Bar No. 6933
Attorney for Defendants